**Order issued June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-01651-CR
_____

**RODNEY DEON SAMPSON, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Fillmore, Evans, and Lewis

Based on the Court's opinion of this date, we **GRANT** the February 23, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Rodney Deon Sampson, TDCJ No. 1848133, Sanchez Unit, 3901 State Jail Road, El Paso, Texas, 79938-8456.


/Robert M. Fillmore/\
ROBERT M. FILLMORE\
JUSTICE